UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| CHRISTOPHER TODD MONTGOMERY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | CV423-230 |
| C/O TRASK, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 20), to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED**. Montgomery's requests for injunctive relief are **DENIED**. (Docs. nos. 12 & 17). Defendants Georgia Department of Corrections, Central State Prison, and Coastal State Prison are **DISMISSED**. His Amended Complaint remains pending screening by the Magistrate Judge. (Doc. 27); 28 U.S.C. § 1915A.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of January, 2024.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA