UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| CHRISTOPHER TODD MONTGOMERY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV423-230 |
| C/O TRASK, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 30), to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED**. (Doc. no. 30.) Plaintiff's claims against Defendants Gibbs, Panera, Meres, Zahran, Durant, and Agyemang are **DISMISSED**. His deliberate indifference claim against Defendants Trask, Caple, Talmaje, and Mack remains pending response from those defendants. (See doc. no. 33.)

**ORDER ENTERED** at Augusta, Georgia, this 15th day of March, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA