UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CHRISTOPHER TODD           )
MONTGOMERY,                )
                           )
          Plaintiff,       )
                           )
v.                         )          CV423-230
                           )
C/O TRASK, *et al.*,       )
                           )
          Defendants.      )

ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 50), to which no objections have been filed. Accordingly, the Report and Recommendation is ADOPTED. (Doc. no. 50.) Defendants' Motion to Dismiss is GRANTED. (Doc. no. 48.) Plaintiff's Amended Complaint is DISMISSED. (Doc. no. 27.) All remaining motions are DISMISSED as moot. (Docs. nos. 44, 46 & 47). The Clerk is DIRECTED to CLOSE this case.

ORDER ENTERED at Augusta, Georgia, this 20th day of December, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA